# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANNE O'BOYLE,

    Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY *d/b/a* MERCHANTS' CREDIT GUIDE CO.,

    Defendant.

Case No. 17-CV-1350-JPS

ORDER

On February 21, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #16). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #16) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 21st day of February, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge